[No. 21610. *En Banc.* February 4, 1930.]

H. S. McGowan, *Appellant,* v. Bakers Bay Fish Company, *Respondent,* The State of Washington, *Intervener, Respondent.*[1]

*Welsh & Welsh,* for appellant.

*Guy E. Kelly, Thomas MacMahon, G. C. & A. C. Fulton,* for respondent Bakers Bay Fish Co.

*The Attorney General, L. B. Donley,* and *E. W. Anderson, Assistants,* for respondent State of Washington.

On Rehearing.

Per Curiam.—This is a companion case (first reported in 152 Wash. 184, 277 Pac. 465) to that of *Williams Fishing Co. v. Savidge,* 152 Wash. 165, 277 Pac. 457; *ante* p. 443, 284 Pac. 744, and upon the authority of that case, the judgment will be reversed and the cause remanded with direction to the superior court to grant a new trial.

[No. 22202. Department Two. February 13, 1930.]

D. B. Trefethen et al., *Appellants,* v. Niels Hansen Manufacturing Company et al., *Respondents.*[2]

*Allen & Walthew* and *Riddell, Brackett & Fowler,* for appellants.

Per Curiam.—This is an appeal from the judgment in the unlawful detainer action brought by the lessors which was consolidated in the lower court with the injunction suit brought by the lessee, *Income Properties Investment Corporation v. Trefethen,* in this court, just decided, *ante* p. 493, 284 Pac. 782.

The errors urged and argued in this appeal are comprised and decided in that case.

For the reasons stated in that decision, the decree herein is affirmed.

[1]Reported in 284 Pac. 749.
[2]Reported in 284 Pac. 782.